**CRIMINAL COMPLAINT**
**(Submitted electronically)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>Christopher Javier ZUNIGA, aka Christopher Lopez Zuniga<br>DOB: 1999; United States Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br><br>24-08882MJ |

Complaint for violation of Title 21, United States Code, Section 846; and Title 18 United States Code, Section 2232(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count One</u>

Beginning from a time unknown to on or about May 17, 2024, in the District of Arizona, Christopher Javier ZUNIGA, aka Christopher Lopez Zuniga, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

    All in violation of Title 21, United States Code, Section 846.

<u>Count Two</u>

On or about May 17, 2024, in the District of Arizona, Christopher Javier ZUNIGA, aka Christopher Lopez Zuniga, before and during the search for and seizure of property by Special Agents of the Department of Homeland Security, Homeland Security Investigations, persons authorized to make such search and seizure, did attempt to destroy, damage, waste, dispose of, transfer, and did otherwise take any action with respect to four cellular telephones, for the purpose of preventing and impairing the Government's lawful authority to take said property into its custody and control, in violation of Title 18, United States Code, Section 2232(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

  SEE ATTACHED

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Michael R. Lizano* | **SIGNATURE OF COMPLAINANT (official title)**<br>RYAN J DOLAN  <small>Digitally signed by RYAN J DOLAN<br>Date: 2024.05.19 20:12:31 -07'00'</small> |
|---|---|
| | **OFFICIAL TITLE**<br>Ryan Dolan<br>HSI Special Agent |
| **Sworn to telephonically.** | |
| **SIGNATURE OF MAGISTRATE JUDGE**[1] | **DATE**<br>5/20/2024 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

24-08882MJ

I, Homeland Security Investigations Special Agent Ryan Dolan, being duly sworn, depose and state as follows.

### October 2023 Bulk Fentanyl Seizure

On October 17, 2023, an individual ("Subject #1") attempted to enter the United States from Mexico via the Naco, Arizona Port of Entry ("POE"). Subject #1 was the driver and sole occupant of a Chevrolet Tahoe bearing Sonora, Mexico license plates. During an inspection, United States Customs and Border Protection officers discovered approximately 102 clear plastic bags containing blue pills concealed within the spare tire and fuel tank of the Tahoe. A representative sample of the packages' contents tested positive for the characteristics of fentanyl. The packages of fentanyl weighed approximately 62.2 kilograms. In a post-*Miranda* statement, Subject #1 admitted to knowingly distributing narcotics in exchange for payment and that s/he had done so on prior occasions.

During a consent search of Subject #1's cellular phone, investigators discovered a text message conversation from September 2023 in which an individual had forwarded telephone number 480-689-2635 (designated in this investigation as "Target Device #1") to Subject #1 with an audio message saying, in Spanish, "Call him, tell him that it is on behalf of David." Investigators also found a text message conversation between Subject #1 and the user of Target Device #1 in which the user of Target Device #1 sent an address for a hotel and an address for an automotive mechanic shop in Phoenix to Subject #1. In context, investigators suspected these addresses to be drop-off locations for drug loads.

### November 2023 Bulk Fentanyl Seizure

Approximately one month later, on November 13, 2023, another individual ("Subject #2") attempted to enter the United States from Mexico also via the Naco POE. Like Subject #1, Subject #2 was the driver and sole occupant of another Chevrolet Tahoe bearing Sonora, Mexico license plates. During a later inspection, law enforcement agents discovered packages concealed within the spare tire, fuel tank, and in a compartment in the rear cargo area of the Tahoe. A representative sample of the contents of the packages was field tested and yielded positive results for the properties of fentanyl. The packages of fentanyl weighed approximately 76.4 kilograms. In a post-*Miranda* statement, Subject #2 admitted to knowingly distributing narcotics in exchange for payment and that s/he had planned to deliver the narcotics to Phoenix, Arizona. Subject #2 also admitted to having smuggled narcotics on prior occasions.

During a consent search of Subject #2's cellular phone, investigators discovered records of approximately ten phone calls, only a few days apart from each other, with Target Device #1 in and around September 2023.

### Identification of Christopher Javier ZUNIGA and Subsequent Investigation

Records checks showed that Target Device #1 was subscribed to by Christopher Zuniga with a billing and service address of 1727 E. Bowker Street in Phoenix, Arizona (the "Bowker

/ / /

1

Residence").  Through further investigation, including physical and electronic surveillance, investigators confirmed that the user of Target Device #1 was, in fact, Christopher Javier ZUNIGA, aka Christopher Lopez Zuniga.

Investigators determined that ZUNIGA primarily resides at 5224 S. 12th Way in Phoenix (the "12th Way Residence") but frequents the Bowker Residence, which is the suspected residence of his mother.  They also established that ZUNIGA operates a tow truck business known as "CnD Towing" with his brother, David, in the Phoenix area.

Both ZUNIGA and his brother David have a criminal history related to drug distribution. Furthermore, in April 2022, an enforcement operation occurred at the Bowker Residence, which resulted in the seizure of approximately 74.7 grams of suspected fentanyl pills, 56 grams of an unknown crystal substance, 13.6 grams of suspected cocaine, five handguns, $8,000 in cash, body armor, three digital scales, and packaging material consistent with drug trafficking.  This incident resulted in the arrest and conviction of ZUNIGA's brother, David, on drug- and weapons-related charges.

Over several months in 2024, with judicial authorization, investigators tracked ZUNIGA's personal vehicle, a Chevrolet Silverado, and a tow truck associated with CnD Towing.  The tracking data revealed, among other things, that ZUNIGA's personal vehicle had been in the vicinity of an automotive shop on two separate occasions in February and early March 2024.  This is the same automotive shop that was discussed in text conversation between ZUNIGA and Subject #1 that is/was a suspected drop-off location for drugs (see above).

On March 19, 2024, ZUNIGA's brother David was arrested by law enforcement at a residence on Mohave Street (the "Mohave Residence") in Tolleson, Arizona, which is a suburb of Phoenix. David was allegedly in possession of approximately 600,000 suspected fentanyl pills.  A handgun and approximately $16,000 also were seized during the enforcement operation.

While conducting surveillance, federal investigators in this case previously had seen both ZUNIGA's personal vehicle and the tow truck in the area around Mohave Street in January 2024 before returning to the Bowker Residence.  Court-authorized tracking data further revealed that ZUNIGA's personal vehicle, the Silverado, had been at or near the Mohave Residence on six separate occasions, including as recently as three days before the enforcement operation.

On the night of May 14, 2024, investigators attempted to remove the court-authorized GPS tracking device that had been affixed to the tow truck, as it was parked outside of the Bowker Residence.  ZUNIGA discovered investigators in the act and started yelling at them, asking them if they were the police.  ZUNIGA pursued the investigators in his Silverado after they left the area and continued to follow them for approximately 20 to 25 minutes in and around Phoenix. Investigators contacted the Phoenix Police Department ("PPD") to have a marked police vehicle stop ZUNIGA.  During a traffic stop, PPD officers reportedly seized a taser from ZUNIGA, which they suspected to be stolen property.

Approximately an hour after the traffic stop, ZUNIGA contacted the PPD and reported that he had found property belonging to someone else.  PPD officers responded to the Bowker Residence and spoke with ZUNIGA.  ZUNIGA showed the officers a GPS tracking device and told them that

2

he had discovered a second such device as well. The officers reportedly told ZUNIGA that the tracking device did not belong to the PPD but that they would return it to its rightful owner. ZUNIGA, however, declined to turn over the device and reportedly remarked (not a verbatim quote) that, if the GPS devices belonged to the feds and they want their property back, they could come to his house to get it.

### May 17, 2024 Enforcement Operation and Seizure of Firearms and Suspected Narcotics

Investigators subsequently obtained a federal warrant allowing them to search for and seize evidence of federal controlled substance trafficking crimes at/from the 12th Way Residence, the Bowker Residence, the Silverado, and the tow truck. The warrant specifically authorized investigators to search for and seize electronic devices such as cellular telephones and the GPS tracking devices belonging to the United States, among other items.

A team of investigators, which included agents of the Department of Homeland Security, Homeland Security Investigations ("HSI"), executed the warrant at the target properties on May 17, 2024. At approximately 4:00 a.m., the HSI Special Response Team ("SRT") knocked and announced their entry at the 12th Way Residence. Agents believed they saw movement inside the house and continued to order people inside the house to come to the door. Members of the HSI Crisis Negotiation Team ("CNT") made several attempts to call ZUNIGA's known phone number, as well as his mother's phone number. ZUNIGA eventually answered his phone and told CNT that he was taking a shower, and the call then ended. The SRT continued to give commands for the occupants, including ZUNIGA, to come to the door. After approximately 35 minutes, ZUNIGA came to the door and was taken into custody.

Upon entering the 12th Way Residence, agents discovered one cell phone in a toilet, two more cell phones broken in half on the floor, and pieces of a cell phone in a wet cardboard box located in the shower. Additional identifiers for these cell phones are not yet available. Additionally, there were two white buckets near the toilet that were filled with wet packaging material consistent with narcotics distribution paraphernalia.

I took custody of ZUNIGA after his arrest. While in my presence, he made several statements about the two GPS tracking devices he had discovered on his vehicles. ZUNIGA asked me several questions and appeared to be trying to solicit information from me about the investigation. I advised ZUNIGA that we would talk later at the HSI office after I advised him of his *Miranda* rights. ZUNIGA replied that he would not talk to investigators and wanted a lawyer. At that point, I did not ask ZUNIGA any questions other than about basic biographical information.

ZUNIGA continued to make statements to me, however, about the GPS tracking devices and how he had caught law enforcement agents attempting to place a device. He stated that he knew the people he saw were the police because, according to him, they did not belong on that street based on their appearance. More specifically, ZUNIGA said he saw "a couple of white guys" park their vehicle on the street and walk towards the Bowker Residence.

ZUNIGA then explained that he already was in his Silverado and decided to drive around the corner where he saw the guys messing with his tow truck. ZUNIGA told me his first thought was to run the guys over, but then he thought that would be a bad idea. ZUNIGA also mentioned that

24-08882MJ

he thought about using a taser on them but decided against it. ZUNIGA further said that he put one of the GPS tracking devices on the ground outside of a building. He thought the building was the office for the law enforcement agency that was investigating him and believed it would make the investigators angry for taunting them. ZUNIGA also commented that the "feds" have it out for his brother David. When asked if David was in the house, ZUNIGA stated to me, "You know where he is."

The enforcement operation resulted in the seizure of the following firearms and suspected narcotics:

At the 12th Way Residence, agents discovered and seized, among other items, a loaded shotgun, a loaded pistol, a Colt M4, an AR-15 upper receiver, various ammunition, body armor, and approximately $9,600 in U.S. currency.

At the Bowker Residence, agents discovered and seized, among other items, a bag of white powder and a bag of blue pills.

In an associated vehicle at the Bowker Residence, agents discovered a Glock 17 handgun and a Rock Island Armory 1911 handgun in a blue Dodge Charger.

Testing and weighing of the suspected narcotics is pending, as is an analysis of the seized firearms and ammunition.

I swear, under penalty of perjury, that the foregoing is true and correct.

RYAN J DOLAN
Digitally signed by RYAN J DOLAN
Date: 2024.05.20 07:36:40 -07'00'

Ryan Dolan
HSI Special Agent

4